IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JONATHAN R. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:23-cv-40 |
| ) | |
| ) | |
| VIRGINIA DEPARTMENT OF STATE POLICE ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, Virginia Department of State Police ("VSP"), by counsel, pursuant to 28 U.S.C. §§1331, 1441 and 1446, hereby removes this action from the Circuit Court for the County of Chesterfield, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division.

1. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§1331 and 1441, and the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 *et seq*. ("USERRA"). Venue is proper in this court because the County of Chesterfield, Virginia lies within the Eastern District of Virginia, Richmond Division.

2. This civil action commenced in the Circuit Court for the County of Chesterfield, Virginia, on or about December 15, 2023, with the filing of a Complaint by Plaintiff, styled as *Jonathan R. Clark v. Virginia Department of State Police*, Case No. CL22-4205.

3. Pursuant to 28 U.S.C. § 1446(b), VSP was served with the Summons and Complaint on December 28, 2022.

4. Accordingly, this Notice of Removal has been filed within 30 days after receipt, through service or otherwise, and is thus timely. Attached hereto, and made a part hereof, is a copy of the Summons and Complaint (Exhibit A**)** filed in the Circuit Court.

5. As set forth in the Complaint, Plaintiff has brought purported allegations against Defendant arising under USERRA.

6. The above-styled action is a civil action that involves a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, as this action involves claims arising out of the Constitution, laws and/or treaties of the United States – specifically USERRA.

7. This matter is therefore removable to federal court. *See* 28 U.S.C. §1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

8. A Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for the County of Chesterfield, Virginia. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, Virginia Department of State Police hereby requests that this action be removed to this Court.

Respectfully submitted,
VIRGINIA DEPARTMENT OF STATE POLICE

By: */s/ Laura D. Windsor*
Laura D. Windsor
Virginia State Bar No. 70354
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com

Amanda M. Weaver
Virginia State Bar No. 86782
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6226
Facsimile: (804) 420-6507
aweaver@williamsmullen.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of January 2023, I filed the foregoing Notice of Removal with the Court's ECF System, and then caused to be served a copy, along with a copy of the Notice of Electronic Filing (NEF), via electronic mail, on the following:

> Brewster S. Rawls
> Harrison W. "Whit" Long
> Rawls Law Group
> 211 Rockets Way
> Suite 100
> Richmond, Virginia 23231
> Brawls@rawlslawgroup.com
>
> Brian J. Lawler
> Pilot Law, P.C.
> 4632 Mt. Gaywas Drive
> San Diego, California 92117
> blawler@pilotlawcorp.com

By: */s / Laura D. Windsor*
Laura D. Windsor
Virginia State Bar No. 70354
Counsel for Defendant
WILLIAMS MULLEN
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com